FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

DOUG CASS, LORI CASS, ROY LUPINO,
MICHAEL RUPOLO, RELIANCE APPLIANCE,
INC., d/b/a ACTIVE APPLIANCE,

JUDGMENT
01-CV- 3348 (JG)

                    Plaintiffs,

-against-

COUNTY OF SUFFOLK, ROBERT GAFNEY,
CHARLES GARDNER, WILLIAM BAESLER,
ROBERT PERRICIONE, THELMA DREW,
THEODORE WALKER, DONALD O'CONNOR,
P.O. KELLERHER, a fictitious name as the true
name is unknown, LIEUTENANT CALEBRESE,

                    Defendants.
--------------------------------------------------------------X

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 11, 2005, granting defendant's motion for summary judgment with respect to Cass's remaining claim that his arrest was in violation of the Fourth Amendment; and directing the Clerk of the Court to enter judgment for the defendants; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted with respect to Cass's remaining claim that his arrest was in violation for the Fourth Amendment; and that judgment is hereby entered for the defendants.

Dated: Brooklyn, New York
       May 11, 2005

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court